# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL SPENCE,<br>Plaintiff,<br>vs.<br>THE CMI GROUP, INC. DBA CREDIT MANAGEMENT, L.P.; and DOES 1-10, inclusive,<br>Defendant(s). | Case No.<br><br>5:19-cv-01533-TJH-SP<br><br>**ORDER [ JS-6]** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice.  Each party shall bear their own costs and expenses.

Dated this: JULY 2, 2020

_____
Hon. TERRY J. HATTER, JR.,
UNITED STATES DISTRICT JUDGE